UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TWIN COUNTY GROCERS, INC.,

    Plaintiff,

v.   CIVIL NO. 97-2052 (DRD)

MENDEZ AND CO., INC., et al.,

    Defendants.

## ORDER

This Order is to clarify and amend the Court's Opinion and Order (Docket No. 120) issued on December 3, 1999. That Order and Opinion is hereby clarified and amended as follows: Co-defendant's, A. Cordero Badillo, Inc. d/b/a Supermercados Grande ("Grande"), Motion for Summary Judgment (Docket No. 102) is **DENIED** under the same reasoning and analysis of the Opinion and Order of December 3, 1999 (Docket No. 120).

IT IS SO ORDERED.

Date: January 10, 2000

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PEACHORD ERS\97-2052 ORD

Rec'd:       EOD:

By: