UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Twin County Grocers, Inc.

v.

Defendant(s) Mendez & Co., Inc., et al.

CIVIL NO. 97-2052 (DRD)

RECEIVED & FILED
FEB 24 2000
OFFICE-CLERK U.S.
DIST. CT.
SAN JUAN, PR

**MOTION**

Docket entry no. 128

Date: February 14, 2000

Title: Motion For Enlargement of Time

☒ GRANTED.
☐ DENIED.
☐ MOOT.
☐ NOTED.

Granted. Mendez must respond to the Court's Order to show cause by February 24, 2000. ABSOLUTELY NO extensions shall be granted. Failure to timely comply will result in summary dismissal. IT IS SO ORDERED.

Date: 2/24/2000

*signature*

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**

Casellas-Aidee
Dubón (Laffitte) → by phone
2/24/00

(129)