UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

Plaintiff(s) Twin County Grocers, Inc.    CIVIL NO. 97-2052 (DRD)

v.

Defendant(s) Mendez & Co., Inc., et al.

| MOTION | ORDER |
|---|---|
| Docket entry no. 133 | ☒ GRANTED. |
| Date: October / 10 / 2000 | ☐ DENIED. |
| Title: Motion Withdrawing Legal Representation. | ☐ MOOT. |
|  | ☐ NOTED. |
| The law firm of Dubón & Dubón is relieved of representing Mendez & Co. Inc., as such representation has been assumed by Fiddler, González, & Rodríguez. | |

RECEIVED AND FILED
00 OCT 26 PM 4:05
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR.

IT IS SO ORDERED.

Date: 10 / 25 / 2000       [signature]

DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE