UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

TWIN COUNTY GROCERS, INC.,
    Plaintiff,

v.

MENDEZ AND CO., INC., et al.,
    Defendants.

CIVIL NO. 97-2052 (DRD)

### ORDER

    Plaintiff's Motion Complying With Order (Docket No. 135) is **NOTED/GRANTED**. Should the United States Bankruptcy Court for the District of New Jersey hereafter lift the automatic stay with respect to the instant case and permit Defendant Mendez and Co. to prosecute its counter-claim, Plaintiff shall be free to prosecute its original claims. Accordingly, the Court's dismissal of Twin County Grocers' claims (Docket No. 132) is hereby **VACATED**. Further, the Court notes that the motions for summary judgment referred-to in Bankruptcy Judge Stripp's Order (Exhibit, Docket No. 136) were resolved by the Court shortly after the partial lift of the automatic stay (Docket No. 120). Thus, the instant case remains **STAYED** until further notice from the parties.

IT IS SO ORDERED.

Date: May 3, 2001

DANIEL R. DOMINGUEZ
U.S. District Judge

P:\PeachOrders\97-2052_misc_0504.wpd