UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**TWIN COUNTY GROCERS, INC.,**
    Plaintiff,

v.                                                       CIVIL NO. 97-2052 (DRD)

**MENDEZ & CO., INC., et al.,**
    Defendants.

## ORDER

The Court has not heard from the parties in this case since October 30 of 2000. The Court hereby sets a Status Conference for **August 13, 2002, at 5:30 PM,** as to potential dismissal of the case because of possible loss of jurisdiction. **NO CONTINUANCES SHALL BE GRANTED.**

**IT IS SO ORDERED.**

DATE: July 23, 2002

P \RDSC\Cases\1997-2052\Stay Lifted.wpd

**DANIEL R. DOMINGUEZ**
**U.S. District Judge**

