UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO
BEFORE HONORABLE DANIEL R. DOMINGUEZ

| | |
|---|---|
| **MINUTES OF PROCEEDINGS** | DATE: August 13, 2002 |
| **CIVIL NO. 97-2052 (DRD)** | START:  8:05 PM |
| LAW CLERK: Ronald D. Swanson-Cerna, Esq. | END:    8:20 PM |

---

| | |
|---|---|
| TWIN COUNTY GROCERS, INC.<br>    Plaintiff,<br><br>v.<br><br>MENDEZ & CO., INC., et al.,<br>    Defendants. | Attorney:<br>Carlos RIVERA VICENTE, Esq.<br>Maritza GOMEZ FERNANDEZ, Esq.<br><br><br>Ricardo CASELLAS, Esq.<br>Jorge I. PEIRATS, Esq. |

---

A STATUS CONFERENCE was held today. The parties advised the Court as to the status of the case. The Court <u>ordered</u> the following:

1) The parties informed the Court they are finalizing settlement discussions, and there is a real chance that this case would settle. Accordingly, the parties have until September 24, 2002, to complete ongoing settlement discussions.

2) A further Status Conference is hereby scheduled for **September 24, 2002, at 5:30 PM**. If no settlement is reached by this conference, the parties are forewarned to be ready for a Pre-Trial Conference to be set, and trial to commence in mid-October.

3) The Court notes that the Court may have lost jurisdiction pursuant to the case of <u>Owen Equipment & Erection Co. v. Kroger</u>, 437 U.S. 365, 985 S.Ct. 2396, 57 L.Ed.2d 274 (1978); <u>CFSC Consortium, LLC v. Ferreras-Goitia</u>, 198 F.Supp.2d 116 (D.P.R. 2002).

s/c: Counsel of record

\\ RDSC\Cases\1997-2052\Minutes- SC doc

_____
DANIEL R. DOMINGUEZ
DISTRICT JUDGE