UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

**TWIN COUNTY GROCERS, INC.,**
Plaintiff,

v.                                                CIVIL NO. 97-2052 (DRD)

**MENDEZ & CO., INC., et al.,**
Defendants.

### ORDER

The Court notes that the Business section of today's *San Juan Star* has reported that this case has been settled. There is no reason why this case should then remain lingering unnecessarily on the Court's Docket. The Court urges the parties to have all necessary documents for settlement agreed upon, enabling this case to be closed by the end of the day this coming **Tuesday, September 24, 2002**.

The Clerk is to notify counsel for all parties by fax and telephone.

**IT IS SO ORDERED.**

DATE: September  19 , 2002                     **DANIEL R. DOMINGUEZ**
P:\RDSC\Cases\1997-2052\Settlmnt Ord.wpd        **U.S. District Judge**

