UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

TWIN COUNTY GROCERS, INC.,
    Plaintiff,

v.

MENDEZ & CO., INC., et al.,
    Defendants.

CIVIL NO. 97-2052 (DRD)

### ORDER and JUDGMENT

| MOTION | RULING |
|---|---|
| **Date Filed:** 9/24/2<br>[ ] **Plff**      [X] **Deft**<br>[X] **Other**<br><br>**Title:** STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE | **APPROVED.** The Court hereby approves the Parties' Joint Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1) and (2). The Court dismisses all claims by Plaintiff against Defendant **with prejudice** and without the imposition of costs, expenses or attorneys' fees. This case is closed. |

Date: September 25, 2002.

DANIEL R. DOMINGUEZ
U.S. District Judge



P:\RDSC\Cases\1997-2052\41(A)(1) Vol Dismissal.wpd